UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SHELLY M. FORREST,

                Plaintiff,

vs.

CITY OF OSWEGO, CITY OF OSWEGO POLICE DEPARTMENT and OFFICER JERRY MOSQUEDA,

                Defendants.

**CONFIDENTIALITY STIPULATION**

Case No. 5:07-cv-1017 DNH-GJD

WHEREAS plaintiff Shelly M. Forrest has requested certain documents pertaining to defendant Jerry Mosqueda, including his personnel and training records, and

WHEREAS defendants Mosqueda, City of Oswego Police Department and City of Oswego, New York each maintain those documents contain confidential and private personal information, and

WHEREAS the parties have agreed to enter into a confidentiality order with respect to the documents, it is hereby agreed as follows:

1. The parties may produce the requested documents stamped as "confidential." By executing this Agreement, the parties are not waiving the right to request additional documents beyond those produced.

2. The parties agree that documents stamped as "confidential" will be used only for the purposes of this litigation, and will not be disclosed to any third parties, and if used in a court filing will be filed under seal.

3. At the conclusion of this action by settlement, judgment or otherwise, the parties and their counsel will return the confidential documents to the attorneys for the opposing

1541579.2

party, together with a certification that they have not retained any copies of the confidential documents.

Dated: July 31, 2009

| BOND, SCHOENECK & KING, PLLC | RODAK & KIRWAN |
|---|---|
| By: _S/Lillian Abbott Pfohl_<br>       Lillian Abbott Pfohl<br>Attorneys for Defendant<br>City of Oswego and Oswego City<br>Police Department<br>One Lincoln Center<br>Syracuse, New York  13202<br>Telephone: (315) 218-8000 | By: _s/ Joseph G. Rodak_<br>       Joseph G. Rodak, Esq.<br>Attorney for Defendant<br>Jerry Mosqueda<br>55 West Second Street<br>Oswego, New York<br>Telephone: 315-324-7214 |

DIANE MARTIN-GRANDE

By: _s/ Diane Martin -Grande_
       Diane Martin-Grande
Attorney for Plaintiff
11109 Floyd Avenue
Rome, New York 13440

IT IS SO ORDERED:  8/3/09

_____
Magistrate Judge Gustave J. DiBianco

Enter.