UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHELLY M. FORREST,

                              Plaintiff,

          -v-                                    5:07-CV-1017

JERRY MOSQUEDA; CITY OF OSWEGO
POLICE DEPARTMENT; and CITY OF
OSWEGO, NEW YORK;

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

### O R D E R

       Pursuant to the oral decision of the Court, entered into the record after hearing oral

argument on September 10, 2010, in Utica, New York, it is hereby

       ORDERED that defendants' motions for summary judgment are GRANTED and the

complaint is DISMISSED in its entirety.

       IT IS SO ORDERED.

                                   _____
                                      United States District Judge


Dated:  September 10, 2010
        Utica, New York.