# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**SHELLY M. FORREST**

     vs.                **CASE NUMBER: 5:07-CV-1017**

**JERRY MOSQUEDA; CITY OF OSWEGO POLICE DEPARTMENT; and CITY OF OSWEGO, NEW YORK**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that defendants' motions for summary judgment are GRANTED and the complaint is DISMISSED in its entirety

All of the above pursuant to the order of the Honorable Judge DAVID N. HURD, dated the 10th day of September, 2010.

DATED: September 10, 2010

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Christine Mergenthaler
Deputy Clerk